UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S.I.A. Underwater Equipment v. DHS

No. 14-1498

ENTRY OF APPEARANCE

Please enter my appearance as counsel for U.S.I.A. Underwater Equipment Sales Corporation.

I represent the Petitioner.

My address, telephone number, fax number and e-mail address are:

>Joseph G. Billings
>Miles & Stockbridge P.C.
>100 Light Street
>Baltimore, MD 21202
>jbillings@milesstockbridge.com
>Direct Tel (410) 385-3497
>Direct Fax (410) 773-9087
>jbillings@milesstockbridge.com

I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

This is not my first appearance before the United States Court of Appeals for the Federal Circuit.

June 2, 2014          /s/ Joseph G. Billings
                      Joseph G. Billings
                      Miles & Stockbridge P.C.
                      100 Light Street
                      Baltimore, MD 21202
                      jbillings@milesstockbridge.com
                      Direct Tel (410) 385-3497
                      Direct Fax (410) 773-9087
                      jbillings@milesstockbridge.com